Katherine S. Clark (SBN 94871)
Law Offices of Katherine S. Clark
919 The Alameda
San Jose, California 95126
Telephone:  (408) 350-7523
            (650) 289-9303
Facsimile:  (408) 436-8583

Attorneys for Plaintiff  TECHNOLOGY CREDIT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| TECHNOLOGY CREDIT CORPORATION, | CASE NO.:  C08 03605 PVT |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS, CASE MANAGEMENT CONFERENCE AND RELATED FILING DATES |
| v. | |
| KEY EQUIPMENT FINANCE, INC., KEY CORPORATE CAPITAL INC., | |
| Defendants. | |

The Court, having reviewed the Stipulation submitted by the parties and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The hearing on Defendants' motion to dismiss shall be continued to January 13, 2009 at 10:00 a.m.;

2. The Case Management Conference shall be continued to January 13, 2009 at 2:00 p.m.;

3. The deadlines to meet and confer, file ADR certification and file Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be continued to

-1- [PROPOSED] ORDER CONTINUING HEARING, ETC

1  December 24, 2008;

2      4. The deadline to file the Rule 26(f) Report, complete initial disclosures or
3  state objections and file Case Management Statement shall be extended to January 6,
4  2009; and,

5      5. Plaintiff will use its best efforts to schedule a private mediation with
6  BellSouth prior to January 13, 2009, and Key will participate in that mediation in
7  good faith if BellSouth participates.

Dated: _____11/3/08_____

Patricia V. Trumbull
Magistrate Judge

-2-  [PROPOSED] ORDER CONTINUING HEARING, ETC.