ROCHELLE L. WILCOX (CA State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:(415) 276-6500
Facsimile: (415) 276-6599
Email:     RochelleWilcox@dwt.com

Attorneys for Defendant
KEY EQUIPMENT FINANCE INC.,
Successor in interest to
KEY CORPORATE CAPITAL INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY CREDIT CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>KEY EQUIPMENT FINANCE INC., KEY CORPORATE CAPITAL INC.,<br><br>            Defendant. | Case No. C 08 03605 PVT<br><br>[~~PROPOSED~~] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS, CASE MANAGEMENT CONFERENCE AND RELATED FILING DATES |

The Court having reviewed the parties' Second Stipulation to Continue Hearing on Motion to Dismiss, Case Management Conference and Related Dates, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. The hearing on Defendants' motion to dismiss shall be continued to February 3, 2009 at 10:00 a.m.;

2. The Case Management Conference shall be continued to February 3, 2009 at 2:00 p.m.;

3. The deadlines to meet and confer, file ADR certification and file Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be continued to January 20, 2008; and,

4. The deadline to file the Rule 26(f) Report, complete initial disclosures or state objections and file Case Management Statement shall be extended to January 27, 2009.

Dated: December __12__, 2008

_____
The Honorable Patricia V. Trumbull
Magistrate Judge