1  ROCHELLE L. WILCOX (CA State Bar No. 197790)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111
3  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
4  Email:     RochelleWilcox@dwt.com

5  Attorneys for Defendant
   KEY EQUIPMENT FINANCE INC.,
6  Successor in interest to
   KEY CORPORATE CAPITAL INC.

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12
   TECHNOLOGY CREDIT              )   Case No. C 08 03605 PVT
13 CORPORATION,                    )
                                   )   [~~PROPOSED~~] ORDER TO
14         Plaintiff,              )   CONTINUE HEARING ON MOTION
                                   )   TO DISMISS, CASE MANAGEMENT
15         v.                      )   CONFERENCE AND RELATED
                                   )   FILING DATES
16 KEY EQUIPMENT FINANCE INC.,     )
   KEY CORPORATE CAPITAL INC.;     )
17                                 )
           Defendant.               )
18                                 )
                                   )
19

20
21
22
23
24
25
26
27
28

DAVIS WRIGHT TREMAINE LLP

1-28

The Court having reviewed the parties' Third Stipulation to Continue Hearing on Motion to Dismiss, Case Management Conference and Related Dates, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. The hearing on Defendants' motion to dismiss shall be continued to February 24, 2009 at 10:00 a.m.;

2. The Case Management Conference shall be continued to February 24, 2009 at 2:00 p.m.;

3. The deadlines to meet and confer, file ADR certification and file Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be continued to February 10, 2009; and,

4. The deadline to file the Rule 26(f) Report, complete initial disclosures or state objections and file Case Management Statement shall be extended to February 17, 2009.

Dated: January __13__, 2009

_____
The Honorable Patricia V. Trumbull
Magistrate Judge