UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY CREDIT CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEY EQUIPMENT FINANCE, INC., et al.<br><br>　　　　Defendants. | Case No.: C 08-3605 PVT<br><br>**ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE;**<br><br>**AND**<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

On February 10, 2009, the parties filed a Notice of Settlement.[1]  Based on said notice and the file herein,

IT IS HEREBY ORDERED that the hearing and Case Management Conference currently scheduled for March 24, 2009 are VACATED.

IT IS FURTHER ORDERED that, no later than March 31, 2009, Plaintiff shall file a declaration showing cause why this case should not be dismissed based on the parties' settlement.  If the parties file either a stipulated dismissal or consent judgment by that date, this Order to Show Cause shall automatically be deemed dissolved.

Dated: *3/19/09*

　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*