ROCHELLE L. WILCOX (CA State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email:      RochelleWilcox@dwt.com

Attorneys for Defendant
KEY EQUIPMENT FINANCE INC.,
Successor in interest to
KEY CORPORATE CAPITAL INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY CREDIT CORPORATION, | Case No. C 08 03605 PVT |
| Plaintiff, | ORDER ON STIPULATION TO DISMISS WITHOUT PREJUDICE |
| v. | |
| KEY EQUIPMENT FINANCE INC., KEY CORPORATE CAPITAL INC., | |
| Defendant. | |

COME NOW Defendant KEY EQUIPMENT FINANCE INC., successor in interest to KEY CORPORATE CAPITAL INC. ("Defendant") and Plaintiff TECHNOLOGY CREDIT CORPORATION ("Plaintiff") and do hereby stipulate and agree as follows:

WHEREAS, after arms-length negotiations, Plaintiff and Defendant have reached agreement on and entered into a settlement by way of a Settlement Agreement and Stipulation for Entry of Judgment, and,

WHEREAS, as reflected in that Settlement Agreement and Stipulation for Entry of Judgment, Plaintiff and Defendant have settled all matters asserted or that could have been asserted in the Complaint up to the date of the execution of those documents, and,

WHEREAS, the precise terms of the settlement will be determined following resolution of a related matter, *BellSouth Telecommunications, Inc. v. Key Equipment Finance Inc.*, Northern District of Georgia, Case No. 1:08-CV-3595, and,

WHEREAS, the parties have agreed that this matter will be dismissed without prejudice, but that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the parties, in the event that Defendant defaults on the terms of the Settlement Agreement and Stipulation for Entry of Judgment and, following notice as required by those documents, Plaintiff becomes entitled to file and enforce the Stipulation for Entry of Judgment.

NOW, THEREFORE, the parties do agree as follows:

1. This matter shall be and hereby is dismissed without prejudice;

2. The court shall retain jurisdiction to enforce the terms of the Settlement Agreement and Stipulation for Entry of Judgment entered between the parties;

3. In the event of a breach of the Settlement Agreement by Defendant, the Court will set aside the dismissal and Plaintiff may submit the Stipulated Judgment for issuance and entry by the Court. Plaintiff may seek this relief following notice to Defendant by Plaintiff as required by the Settlement Agreement and Stipulation

for Entry of Judgment, via an *ex parte* application for an order to set aside the dismissal (with notice to Defendant), to enable Plaintiff to submit the Stipulation for Entry of Judgment to the Court for execution and entry.

Dated:  May 20, 2009                    DAVIS WRIGHT TREMAINE LLP

                                        By:  /s/ Rochelle L. Wilcox

                                        Attorneys for Defendant
                                        KEY EQUIPMENT FINANCE INC.,
                                        Successor in interest to
                                        KEY CORPORATE CAPITAL INC.

Dated:  May 20, 2009                    LAW OFFICES OF KATHERINE S. CLARK

                                        By:/s/ Katherine S. Clark
                                        The filer attests that Katherine Clark's
                                        authorization to include her e-signature
                                        was obtained via email on May 19, 2009

                                        Attorneys for Plaintiff
                                        TECHNOLOGY CREDIT CORPORATION

IT IS SO ORDERED.


DATED:  5/20/09                         _____
                                        PATRICIA V. TRUMBULL
                                        UNITED STATES MAGISTRATE JUDGE

---

STIPULATION TO DISMISS
Case No. C 08 03605 PVT
DWT 12871261v1 0046569-000670

ii